**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                      **CASE NO. 1:05-MJ-23-AK**

**DONALD P. MANFREDONIA,**

    **Defendants.**

    _____/

## ORDER MODIFYING CONDITIONS OF RELEASE

Presently before the Court in the above entitled action is Defendant's Motion For Travel and Subsistence Compensation ( Doc. 9) to travel to the Southern District of Florida, Miami Division, for a Court appearance scheduled for July 15, 2005, at 1:30 pm. The Court having fully considered the motion finds Defendant's Motion For Travel and Subsistence Compensation should be **DENIED**.

**DONE AND ORDERED** this **5TH** day of July, 2005.

                                                                     **s/ A. KORNBLUM**
                                                                       **ALLAN KORNBLUM**
                                                                       **UNITED STATES MAGISTRATE JUDGE**